FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ MAR 3 0 2007 ★
P.M. _____
TIME A.M. _____

D✦F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X

LARRY JACOBSON, as Chairman of the Joint Industry
Board of the Electrical Industry,

                 Plaintiff,

-against-

ACTION ELEVATOR, INC.,

                 Defendant.
--------------------------------------------------------------- X

03-CV-2476 (ARR)(CLP)

<u>NOT FOR ELECTRONIC
OR PRINT
PUBLICATION</u>

<u>OPINION AND ORDER</u>

ROSS, United States District Judge:

    The court has received the Report and Recommendation on the instant case dated February 16, 2007, and the Supplemental and Amended Report and Recommendation dated March 13, 2007, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Having conducted a <u>de novo</u> review of the record, the court hereby adopts the Report and Recommendations, in their entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

1

Accordingly, the court finds that plaintiff is entitled to judgment against Action Elevator, Inc., Richard Trovato, and Henry Shostchuk. The court further orders that plaintiff be awarded $8,355.64 in interest on the delinquent contributions, $8,355.64 in liquidated damages, $13,139.50 in attorneys' fees and $362.54 in costs, for which Action Elevator, Trovato, and Shostchuk are jointly and severally liable. The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

s/ Allyne R. Ross

Allyne R. Ross
United States District Judge

Dated: March 30, 2007
Brooklyn, New York

SERVICE LIST:

      *Counsel for Plaintiffs:*
      Eyad Asad
      Cohen, Weiss and Simon, LLP
      330 West 42nd St
      25th Floor
      New York, NY 10036

      *Defendant*:
      Action Elevator, Inc.
      1275 Bloomfield Avenue
      Fairfield, NJ 07004

      Richard Trovato
      16 Caryn Place
      Fairfield, NJ 07004

      Henry Shostchuk
      258 Mount Airy Road
      Glen Gardner, NJ 08826


cc:      Magistrate Judge Pollak